## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLINE HERRON,** | |
| **Plaintiff,** | |
| - versus - | **No.: 1:10-CV-00943-RMC** |
| **FANNIE MAE, _et al._,** | |
| **Defendants.** | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6, please substitute Brooke M. Fineberg (D.C. Bar # 996105) for Veronica D. Jackson (D.C. Bar # 982707) and Juan C. Lopez-Campillo (U.S.D.C. # CO0024), as counsel for Defendants Fannie Mae, Eric Schuppenhauer, Nancy Jardini, and Alana Scott Brown. Veronica Jackson is no longer with Kelley Drye & Warren, LLP.  Juan Lopez-Campillo is no longer with Fannie Mae.

Respectfully submitted,

\_\_/s/   Brooke M. Fineberg_____
Brooke M. Fineberg (D.C. Bar # 996105)
Ira T. Kasdan (D.C. Bar # 292474)
Joseph D. Wilson (D.C. Bar # 466652)
KELLEY DRYE & WARREN LLP
3050 K Street N.W., Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
Email: bfineberg@kelleydrye.com


\_\_\_/s/ _By Consent_____
Damien G. Stewart (D.C. Bar # 465266)
FANNIE MAE
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892
(202) 752-6871 (phone)
(703) 997-7405 (facsimile)
Email:  damien_g_stewart@fanniemae.com

*Counsel for Defendants*

Dated:  March 21, 2011

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of March, 2011, I caused the foregoing Notice of Substitution of Counsel to be electronically filed using the Court's CM/ECF system, which will then send a notification of such filing (NEF), to the following counsel for the Plaintiff:

Lynne Bernabei, Esq.
David M. Wachtel, Esq.
Alan R. Kabat, Esq.
BERNABEI & WACHTEL, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

*Counsel for the Plaintiff*


__/s/   Brooke M. Fineberg_____
Brooke M. Fineberg (D.C. Bar # 996105)
KELLEY DRYE & WARREN LLP
3050 K Street N.W., Suite 400
Washington, DC 20007
(202) 342-8400 (phone)
(202) 342-8451 (facsimile)
Email: bfineberg@kelleydrye.com

*Counsel for the Defendants*