**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAROLINE HERRON**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FANNIE MAE, *et al.*,**<br><br>**Defendants.** | **Civil Action No. 1:10-CV-00943-RMC** |

**ORDER**

Upon consideration of Defendants' Renewed Motion to Dismiss (Mar. 11, 2011), Plaintiff's Opposition (Apr. 1, 2011), and the entire record of this case, it is by this Court hereby

ORDERED that Defendants' Renewed Motion to Dismiss shall be DENIED.

__________________________
Hon. Rosemary M. Collyer
U.S. District Judge

Copies to:

Lynne Bernabei
David Wachtel
Alan R. Kabat
BERNABEI & WACHTEL, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
*Counsel for Plaintiff Caroline Herron*

Ira T. Kasdan
Joseph D. Wilson
Brooke Fineberg
KELLEY DRYE & WARREN LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007

Damien G. Stewart
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

*Counsel for Defendants*