IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAROLINE HERRON ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 1:10-CV-00943-RMC | |
| ) | | |
| FANNIE MAE, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |

### PLAINTIFF'S MOTION TO STRIKE
### DEFENDANTS' RENEWED MOTION TO DISMISS
### AND MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Caroline Herron, through undersigned counsel, respectfully submits her Motion to Strike Defendants' Renewed Motion to Dismiss and Motion for Attorneys' Fees and Costs.

As set forth in the attached Memorandum, this Court should strike Defendants' Renewed Rule 12(b)(6) Motion to Dismiss the Complaint (Doc. No. 33) (Mar. 11, 2011), and impose sanctions for the attorneys' fees and costs incurred by Ms. Herron in responding to that motion.

This Court, at the February 22, 2011 status conference, granted leave for defendants to renew their motion to dismiss as to only two of four claims: the common-law wrongful termination claim (Count I) and the Bivens claim (Count IV), based on defendants' argument that the existence of a remedy under the False Claims Act precluded those claims. However, this Court did not authorize defendants to renew their motion to dismiss as to Ms. Herron's civil conspiracy claim (Count II) and her tortious interference claim (Count III). Yet, defendants improperly included those claims in their renewed motion to dismiss, thereby wasting judicial resources through forcing plaintiff's counsel to address defendants' legal arguments that this Court has already rejected, and that this Court did not authorize defendants to renew.

**Local Civil Rule 7(m) Certification**

Plaintiff's counsel wrote to counsel for defendants on March 21, 2011, to advise them that defendants' renewed motion to dismiss improperly included arguments that Counts II and III should be dismissed, when the Court had only granted leave to renew their motion to dismiss as to Counts I and IV.  Plaintiff's counsel requested that defendants withdraw their motion to dismiss with respect to Counts II and III.

Counsel for defendants, on March 22, 2011, responded that they would not do so.

        Respectfully submitted,

        /s/ Lynne Bernabei

        _____
        Lynne Bernabei (D.C. Bar No. 938936)
        David Wachtel (D.C. Bar No. 427890)
        Alan R. Kabat (D.C. Bar No. 464258)
        Bernabei & Wachtel, PLLC
        1775 T Street, N.W.
        Washington, D.C. 20009-7124
        tel. (202) 745-1942
        fax (202) 745-2627
        Bernabei@BernabeiPLLC.com
        Kabat@BernabeiPLLC.com

        *Counsel for Plaintiff Caroline Herron*

DATED:  April 4, 2011

**Certificate of Service**

I hereby certify that, on this 4th day of April 2011, I caused the foregoing Motion to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for defendants:

Ira T. Kasdan
Joseph D. Wilson
Brooke Fineberg
Kelley Drye & Warren, LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007

Damien G. Stewart
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

/s/ Alan R. Kabat
_____