## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **CAROLINE HERRON** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **FANNIE MAE,** *et al.,* | ) |
|  | ) |
| **Defendants.** | ) |

**Civil Action No. 1:10-CV-00943-RMC**

_____)

### <u>ORDER</u>

Upon consideration of Plaintiff's Motion to Strike Defendants' Renewed Motion to Dismiss and Motion for Attorneys' Fees and Costs (Apr. 4, 2011), any response, and the entire record of this case, it is by this Court hereby

ORDERED that Plaintiff's Motion to Strike Defendants' Renewed Motion to Dismiss and Motion for Attorneys' Fees and Costs shall be GRANTED, and it is further

ORDERED that Defendants' Renewed Rule 12(b)(6) Motion to Dismiss the Complaint (Doc. No. 33) (Mar. 11, 2011), shall be, and hereby are, struck, and it is further

ORDERED that Plaintiff shall submit a verified statement of attorneys' fees and costs incurred in responding to Defendants' Renewed Rule 12(b)(6) Motion to Dismiss the Complaint and in preparing the Motion to Strike.


_____
Hon. Rosemary M. Collyer
U.S. District Judge

Copies to:

Lynne Bernabei
David Wachtel
Alan R. Kabat
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
*Counsel for Plaintiff Caroline Herron*

Ira T. Kasdan
Joseph D. Wilson
Brooke Fineberg
Kelley Drye & Warren, LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007

Damien G. Stewart
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

  *Counsel for Defendants*