AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| CAROLINE HERRON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:10-CV-00943-RMC |
| FANNIE MAE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Fannie Mae, Eric Schuppenhauer, Nancy Jardini and Alanna Scott Brown

Date:     04/15/2011

*Attorney's signature*

Elizabeth C. Johnson, DC Bar # 987429
*Printed name and bar number*
Kelley Drye & Warren LLP
3050 K Street NW, Suite 400
Washington, DC 20007

*Address*

ejohnson@kelleydrye.com
*E-mail address*

(202) 342-8625
*Telephone number*

(202) 342-8451
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of April, 2011, I caused the foregoing Notice of Appearance of Counsel to be electronically filed using the Court's CM/ECF system, which will then send a notification of such filing (NEF), to the following counsel for the Plaintiff:

Lynne Bernabei, Esq.
David M. Wachtel, Esq.
Alan R. Kabat, Esq.
BERNABEI & WACHTEL, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

*Counsel for the Plaintiff*

/s/ Elizabeth C. Johnson
Elizabeth C. Johnson (DC Bar # 987429)
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8625 (phone)
(202) 342-8451 (facsimile)
Email: ejohnson@kelleydrye.com

*Counsel for the Defendants*