UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**CAROLINE HERRON,**                )
                                    )
        **Plaintiff,**           )
                                    )    Civil Action No. 10-00943 (RMC)
    **v.**                         )
                                    )
**FANNIE MAE,** *et al.***,**       )
                                    )
        **Defendants.**          )
                                    )
_____)

### INTERVENOR FEDERAL HOUSING FINANCE AGENCY'S MOTION TO DISMISS THE *BIVENS* CLAIM UNDER RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), intervenor the Federal Housing Finance Agency ("FHFA"), in its capacity as conservator for the Federal National Mortgage Association ("Fannie Mae"), hereby respectfully moves to dismiss Count IV of plaintiff's Complaint, filed June 8, 2010 (Dkt. No. 1), alleging a *Bivens* First Amendment action against Fannie Mae employees Eric Schuppenhauer, Nancy Jardini, Alanna Scott, and unnamed defendants John Does One through Four.

As set forth more fully in the accompanying Memorandum of Points and Authorities, the *Bivens* claim must be dismissed because Fannie Mae has at all relevant times been a private entity, not a government actor, for purposes of constitutional claims. Ms. Herron's allegations therefore fail to state a cognizable *Bivens* claim. Accordingly, FHFA respectfully requests that the Court grant FHFA's Motion To Dismiss the *Bivens* Claim and dismiss Count IV of the Complaint with prejudice. A proposed order is attached.

1

Also being filed herewith today is FHFA's Motion for Judicial Notice of Documents Cited in FHFA's Motion to Dismiss, requesting that the Court take judicial notice of certain public records cited in FHFA's Memorandum of Points and Authorities.  Accompanying FHFA's Motion for Judicial Notice is the Declaration of Asim Varma with attached true and correct copies of the publicly-available documents for which FHFA seeks judicial notice.

Pursuant to Local Rule 7(f), to the extent the Court believes oral argument on FHFA's Motion to Dismiss the *Bivens* Claim would assist the Court in determining a correct and just result, FHFA respectfully requests oral argument.

Dated:  June 27, 2011                                        Respectfully submitted:

    /s/                            
Howard N. Cayne (D.C. Bar # 331306)
Asim Varma (D.C. Bar # 426364)
Michael A.F. Johnson (D.C. Bar # 460879)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC  20004
Telephone:  202-942-5000
Facsimile:  202-942-5999
Email:  howard.cayne@aporter.com

Stephen E. Hart (D.C. Bar # 033379)
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, N.W.
Washington, DC  20552
Telephone: 202-414-3800
Facsimile: 202-414-6504

*Attorneys for the Federal Housing Finance Agency*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of June 2011, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for plaintiffs and defendants:

Lynne Bernabei
David Wachtel
Alan Kabat
BERNABEI & WACHTEL, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

Ira T. Kasdan
Joseph D. Wilson
Brooke Fineberg
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007

Damien G. Stewart
FANNIE MAE
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

                                                                                            /s/
                                               Michael A.F. Johnson

53198337v2