## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**CAROLINE HERRON,**               )
)
       **Plaintiff,**         )
)       **Civil Action No. 10-00943 (RMC)**
       **v.**            )
)
**FANNIE MAE,** *et al.***,**      )
)
       **Defendants.**     )
_____)

### [PROPOSED] ORDER

Upon consideration of intervenor Federal Housing Finance Agency's ("FHFA") Motion to Dismiss the *Bivens* Claim Under Rule 12(b)(6), the accompanying Memorandum of Points and Authorities in Support Thereof, and the entire record of this case, it is by this Court hereby

ORDERED that FHFA's Motion to Dismiss the *Bivens* Claim shall be and hereby is GRANTED, and

ORDERED that Count IV of the Complaint (Dkt. No. 1) (filed June 8, 2010) shall be and hereby is DISMISSED WITH PREJUDICE.


DATED:_____         _____
                              ROSEMARY M. COLLYER
                              United States District Judge

Copies to:

Howard N. Cayne
Asim Varma
Michael A.F. Johnson
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C.  20004

Stephen E. Hart
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, N.W.
Washington,  D.C.  20552

*Attorneys for Intervenor the Federal Housing Finance Agency*


Lynne Bernabei
Dave Wachtel
Alan Kabat
BERNABEI & WACHTEL, PLLC
1775 T Street, N.W.
Washington, D.C.  20009-7124

*Attorneys for Plaintiff Caroline Herron*


Ira T. Kasdan
Joseph D. Wilson
Veronica D. Jackson
KELLEY DRYE & WARREN LLP
3050 K Street N.W., Suite 400
Washington, D.C.  20007

Damien G. Stewart
Juan C. Lopez-Campillo
FANNIE MAE
3900 Wisconsin Avenue, N.W.
Washington, D.C.  20016-2892

*Attorneys for Defendants*