UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINE HERRON,            )<br>                             )<br>        Plaintiff,           )<br>                             )<br>    v.                       )<br>                             )<br>FANNIE MAE, *et al.*,        )<br>                             )<br>        Defendants.          )<br>                             ) | Civil Action No. 10-00943 (RMC) |

**DECLARATION OF ASIM VARMA IN SUPPORT OF INTERVENOR FEDERAL HOUSING FINANCE AGENCY'S MOTION TO DISMISS THE *BIVENS* CLAIM UNDER RULE 12(b)(6)**

I, Asim Varma, declare as follows:

1. I am an attorney and a partner of the law firm of Arnold & Porter LLP, counsel for intervenor Federal Housing Finance Agency ("FHFA"). I make this declaration in support of Intervenor FHFA's Motion to Dismiss the *Bivens* Claim Under Rule 12(b)(6), which is filed concurrently with this declaration. Unless otherwise stated herein, I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Statement of Edward J. DeMarco, Acting Director, Federal Housing Finance Agency, Before the U.S. House of Representatives Subcommittee on Capital Markets, Insurance, and Government-Sponsored Enterprises, "Transparency, Transition and Taxpayer Protection: More Steps to End the GSE Bailout" (May 25, 2011), *available at* http://www.fhfa.gov/webfiles/21318/Demarcotestimony52511.pdf.

1

3. Attached hereto as **Exhibit 2** is a true and correct copy of pages i-ii, 19-20, 36-48, 59-67, and 160-61 of Fannie Mae's Annual Report (Form 10-K) for the fiscal year ended December 31, 2005 (filed May 2, 2007).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Statement of James B. Lockhart III, FHFA Director, Before the House Financial Services Committee Subcommittee on Capital Markets, Insurance and Government Sponsored Enterprises, The Present Condition and Future Status of Fannie Mae and Freddie Mac (June 3, 2009), *available at* http://www.fhfa.gov/webfiles/2708/FHFA_Director's_Testimony_Final.pdf.

5. Attached hereto as **Exhibit 4** is a true and correct copy of pages i-viii and 1-35 of FHFA, Report to Congress 2009 (May 25, 2010), *available at* http://www.fhfa.gov/webfiles/15784/FHFAReportToCongress52510.pdf.

6. Attached hereto as **Exhibit 5** is a true and correct copy of pages i-vii and 1-8 of FHFA, Report to Congress 2010 (June 13, 2011), *available at* http://www.fhfa.gov/webfiles/21572/FHFA2010_RepToCongress6_13_11.pdf.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Statement of Edward J. DeMarco Before the U.S. House of Representatives Subcommittee on Capital Markets, Insurance, and Government-Sponsored Enterprises, "Legislative Proposals: Overhaul of Housing-Related Government-Sponsored Enterprises" (Mar. 31, 2011), *available at* www.fhfa.gov/webfiles/20687/DeMarco_testimony_for_3-31-11_final.pdf.

8. Attached hereto as **Exhibit 7** is a true and correct copy of FDIC Resolution Handbook, Ch. 7, pp. 67-75, *available at* http://www.fdic.gov/bank/historical/reshandbook/ch7recvr.pdf.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the website: Department of the Treasury, About Financial Stability (last visited June 21, 2011), http://www.treasury.gov/initiatives/financial-stability/about/procurement/faa/Pages/faa.aspx.

10. Attached hereto as **Exhibit 9** is a true and correct copy of page 100 of FDIC, 2008 Annual Report (June 4, 2009), *available at* http://www.fdic.gov/about/strategic/report/2008annualreport/ARfinal.pdf.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the September 7, 2008 version of the Senior Preferred Stock Purchase Agreement between the United States Department of the Treasury and Federal National Mortgage Association, acting through the Conservator.  This version of the Agreement is publicly available as Exhibit 4.1 of the From 8-K that Fannie Mae filed with the SEC on September 11, 2008.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (May 6, 2009), *available at* http://www.treasury.gov/press-center/press-releases/Documents/seniorpreferredstockpurchaseagreementfnm1.pdf.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Second Amendment to Amended and Restated Senior Preferred Stock Purchase Agreement (Dec. 24, 2009), *available at* http://www.treasury.gov/initiatives/financial-stability/housing-programs/mha/Documents/Fannie.pdf.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[Remainder of page intentionally left blank.]

Executed this 27th day of June 2011 at Washington, D.C.

By:     /S/
       Asim Varma
       *Attorney for Federal Housing Finance Agency*