IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLINE HERRON,** | |
| **Plaintiff,** | |
| - versus - | No.: 1:10-CV-00943-RMC |
| **FANNIE MAE,** *et al.*, | |
| **Defendants.** | |

**DEFENDANTS' MOTION TO DISMISS THE *BIVENS* CLAIM UNDER RULE 12(b)(6) AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Fannie Mae (f/k/a Federal National Mortgage Association), Eric Schuppenhauer, Nancy Jardini, and Alanna Scott Brown, by undersigned counsel, respectfully join with Intervenor Federal Housing Finance Agency ("FHFA") in moving to dismiss Plaintiff Caroline Herron's *Bivens* claim (Count IV) for those reasons set forth in FHFA's Motion to Dismiss the *Bivens* Claim and Memorandum in Support thereof (Dkt. No. 50) (June 27, 2011).

Briefly summarized, Plaintiff's *Bivens* claim should be dismissed because Fannie Mae has been at all times, and continues to be, a private entity. **First**, under the analysis of *Lebron v. National Railroad Passenger Corp.*, 513 U.S. 374 (1995), Fannie Mae was a private corporation before it entered conservatorship in September 2008. **Second**, the conservatorship did not convert Fannie Mae into a governmental entity. FHFA, acting in a non-governmental capacity as conservator, assumed the private identity of Fannie Mae upon its appointment to control and conduct Fannie Mae's corporate business. Further, under *Lebron*, the conservatorship does not create permanent governmental control over Fannie Mae because the very nature of conservatorship is, as a matter of law,

temporary.  **Third**, neither the Preferred Stock Purchase Agreement nor the Financial Agency Agreement between Fannie Mae and the U.S. Treasury Department transformed Fannie Mae into a governmental entity.  Treasury has entered into similar financial agent designations with, and has made investments in, many banks and financial institutions, and such arrangements have never been found to turn a private entity into a governmental one for constitutional purposes.

Fannie Mae – before and after the imposition of conservatorship – is a private corporation.  Because Plaintiff's *Bivens* claim against employees of Fannie Mae depends on Fannie Mae's alleged governmental status, it cannot survive.  Therefore, Defendants join with FHFA, for the reasons indicated here and for all those set forth in FHFA's Motion to Dismiss and Memorandum in Support thereof (both of which are incorporated herein), in respectfully requesting that the Court grant this and FHFA's Motions and dismiss Count IV of Plaintiff's Complaint.

                                          Respectfully submitted,

                                               /s/ Ira T. Kasdan
                                          Ira T. Kasdan (D.C. Bar # 292474)
                                          Joseph D. Wilson (D.C. Bar # 466652)
                                          Brooke M. Fineberg (D.C. Bar #996105)
                                          KELLEY DRYE & WARREN LLP
                                          3050 K Street, N.W., Suite 400
                                          Washington, D.C.  20007
                                          (202) 342-8400 (phone)
                                          (202) 342-8451 (facsimile)
                                          Email:  ikasdan@kelleydrye.com
                                                           jwilson@kelleydrye.com
                                                           bfineberg@kelleydrye.com

                                          Damien G. Stewart (D.C. Bar # 465266)
                                          FANNIE MAE
                                          3900 Wisconsin Avenue, N.W.
                                          Washington, D.C. 20016-2892
                                          (202) 752-6871 (phone)
                                          (703) 997-7405 (facsimile)
                                          Email:  damien_g_stewart@fanniemae.com

                                          *Counsel for the Defendants*

Dated:  June 27, 2011

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the 27th day of June, 2011, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will then send a notification of such filing (NEF), to the following counsel for the Plaintiff:

Lynne Bernabei
David M. Wachtel
Alan R. Kabat
BERNABEI & WACHTEL, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

*Counsel for the Plaintiff*

Howard N. Cayne
Asim Varma
Michael A.F. Johnson
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004

Stephen E. Hart (D.C. Bar # 033379)
FEDERAL HOUSING FINANCE AGENCY
1700 G Street, N.W.
Washington, D.C. 20552

*Counsel for the Federal Housing Finance Agency*

                                                     /s/ Ira T. Kasdan
                                       Ira T. Kasdan (D.C. Bar # 292474)
                                       KELLEY DRYE & WARREN LLP
                                       3050 K Street, N.W., Suite 400
                                       Washington, D.C. 20007
                                       (202) 342-8400 (phone)
                                       (202) 342-8451 (facsimile)
                                       Email: ikasdan@kelleydrye.com

                                       *Counsel for the Defendants*