UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ ) | | |
| **CAROLINE HERRON,** ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | Civil Action No. 10-00943 (RMC) | |
| v. ) | | |
| ) | | |
| **FANNIE MAE,** *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |
| _____) | | |

**INTERVENOR FHFA'S REPLY TO PLAINTIFF'S RESPONSE
TO FHFA'S REQUEST FOR JUDICIAL NOTICE**

In response to FHFA's request that the Court take judicial notice of twelve specific documents FHFA submitted with its motion to dismiss Ms. Herron's *Bivens* claim, Ms. Herron neither disputes that the documents are properly subject to judicial notice nor addresses any of the authority to that effect cited in FHFA's motion.  *See* Pl. Resp. (July 11, 2011) (Dkt. No. 53).

As a "condition" to not asserting a non-substantive objection to FHFA's motion, however, Ms. Herron asks that FHFA consent in advance to an inchoate and apparently forthcoming request that the Court also take judicial notice of an unspecified number of unidentified documents that Ms. Herron may tender, which she describes only as being "in the public record."  *See id.*  That generic description is insufficient for FHFA to make a reasoned determination whether judicial notice would be appropriate for any particular document Ms. Herron may tender, and FHFA therefore respectfully declines Ms. Herron's present request. FHFA will determine its position with respect to each document Ms. Herron tenders for judicial notice once she has submitted them to the Court.

1

Accordingly, FHFA respectfully requests that the Court grant FHFA's motion for judicial notice without condition. Counsel for Fannie Mae and the individual defendants has represented that those parties support FHFA's position.

Dated: July 15, 2011                                                          Respectfully submitted:

                                                                                         /S/_____
                                                                                         Howard N. Cayne (D.C. Bar # 331306)
                                                                                         Asim Varma (D.C. Bar # 426364)
                                                                                         Michael A.F. Johnson (D.C. Bar # 460879)
                                                                                         ARNOLD & PORTER LLP
                                                                                         555 12th Street, N.W.
                                                                                         Washington, DC  20004
                                                                                         Telephone:  202-942-5000
                                                                                         Facsimile:  202-942-5999
                                                                                         Email:  howard.cayne@aporter.com

                                                                                         Stephen E. Hart (D.C. Bar # 033379)
                                                                                         FEDERAL HOUSING FINANCE AGENCY
                                                                                         1700 G Street, N.W.
                                                                                         Washington, DC  20552
                                                                                         Telephone: 202-414-3800
                                                                                         Facsimile: 202-414-6504

                                                                                         *Attorneys for the Federal Housing Finance Agency*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 15th day of July 2011, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record for plaintiff and defendants:

    Lynne Bernabei
    David Wachtel
    Alan Kabat
    BERNABEI & WACHTEL, PLLC
    1775 T Street, N.W.
    Washington, D.C.  20009-7124

    Ira T. Kasdan
    Joseph D. Wilson
    Brooke Fineberg
    KELLEY DRYE & WARREN LLP
    3050 K Street, N.W., Suite 400
    Washington, D.C.  20007

    Damien G. Stewart
    FANNIE MAE
    3900 Wisconsin Avenue, N.W.
    Washington, D.C.  20016-2892

                                                  _____/S/_____
                                                  Michael A.F. Johnson