**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **CAROLINE HERRON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 1:10-CV-00943-RMC** |
| ) | |
| **FANNIE MAE,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF'S OPPOSITION**
**TO DEFENDANTS' AND INTERVENOR'S**
**MOTIONS TO DISMISS THE *BIVENS* CLAIM**

Plaintiff Caroline Herron, through undersigned counsel, respectfully submits her

Opposition to the renewed motions to dismiss the *Bivens* claims.

As set forth in the attached Memorandum of Points and Authorities, this Court should

deny the motions to dismiss filed by intervenor Federal Housing Finance Agency (FHFA), and

by defendants Fannie Mae, *et al.*, because the undisputed factual record shows that Fannie Mae

was a state actor at all times relevant to Ms. Herron's employment, such that she can bring a

Bivens claim for defendants' violation of her First Amendment rights to report Fannie Mae's

illegal conduct and gross waste of taxpayers' funds.

Under the Supreme Court's Lebron test, the government's pervasive and permanent

control of Fannie Mae, particularly FHFA's authority to appoint its board of directors, makes

Fannie Mae a state actor.  Alternatively, under the Supreme Court's Brentwood Academy test,

the pervasive entwinement of Fannie Mae's management and operations with FHFA and

Treasury – both indisputably government agencies – makes Fannie Mae a state actor.

Respectfully submitted,

*/s/ Lynne Bernabei*

_____

Lynne Bernabei, Esquire
Alan R. Kabat, Esquire
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124
tel. (202) 745-1942
fax (202) 745-2627

*Counsel for Plaintiff Caroline Herron*

DATED:  July 28, 2011

## <u>Certificate of Service</u>

I hereby certify that, on this <u>28th</u> day of July 2011, I caused the foregoing to be electronically filed using this Court's ECF system, which will then send a notification of such filing by electronic mail to counsel of record:

> Ira T. Kasdan
> Joseph D. Wilson
> Brooke Fineberg
> Kelley Drye & Warren, LLP
> 3050 K Street N.W., Suite 400
> Washington, D.C. 20007
>
> Damien G. Stewart
> Fannie Mae
> 3900 Wisconsin Avenue, N.W.
> Washington, D.C. 20016-2892
>
> *Counsel for Defendants*
>
> Howard N. Cayne
> Asim Varma
> Michael A.F. Johnson
> Arnold & Porter, LLP
> 555 – 12th Street N.W.
> Washington, D.C. 20004
>
> Stephen E. Hart
> Federal Housing Finance Agency
> 1700 G Street, N.W.
> Washington, D.C. 20552
>
> *Counsel for Federal Housing Finance Agency*

/s/ Alan R. Kabat
_____