**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **CAROLINE HERRON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:10-CV-00943-RMC** |
| | ) | |
| **FANNIE MAE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of Intervenor Federal Housing Finance Agency's Motion to Dismiss the *Bivens* Claim Under Rule 12(b)(6) (Doc. No. 50) (June 27, 2011); Defendants' Motion to Dismiss the  *Bivens* Claim Under Rule 12(b)(6) (Doc. No.52) (June 27, 2011); Plaintiff's Opposition to Defendants' and Intervenor's Motion to Dismiss the *Bivens* Claim (Doc. No. 55) (July 28, 2011), and the entire record of this case, it is by this Court hereby

ORDERED that Defendants' and Intervenor's Motions to Dismiss shall be DENIED.

_____
Hon. Rosemary M. Collyer
U.S. District Judge

Copies to:

Lynne Bernabei
David Wachtel
Alan R. Kabat
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

*Counsel for Plaintiff Caroline Herron*

Ira T. Kasdan
Joseph D. Wilson
Brooke Fineberg
Kelley Drye & Warren LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007

Damien G. Stewart
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

*Counsel for Defendants*

Howard N. Cayne
Asim Varma
Michael A.F. Johnson
Arnold & Porter, LLP
555 – 12th Street N.W.
Washington, D.C. 20004

Stephen E. Hart
Federal Housing Finance Agency
1700 G Street, N.W.
Washington, D.C. 20552

*Counsel for Intervenor Federal Housing Finance Agency*