**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CAROLINE HERRON** )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>**FANNIE MAE**, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:10-CV-00943-RMC |

## ORDER

Upon consideration of Plaintiff's Motion for Judicial Notice of Documents Cited in Plaintiff's Opposition to Motions to Dismiss (July 28, 2011), any response, and the entire record of this case, it is by this Court hereby

ORDERED that Plaintiff's Motion for Judicial Notice shall be GRANTED.

_____
Hon. Rosemary M. Collyer
U.S. District Judge

Copies to:

Lynne Bernabei
David Wachtel
Alan R. Kabat
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

   *Counsel for Plaintiff Caroline Herron*

Ira T. Kasdan
Joseph D. Wilson
Brooke Fineberg
Kelley Drye & Warren LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007

Damien G. Stewart
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

    *Counsel for Defendants*

Howard N. Cayne
Asim Varma
Michael A.F. Johnson
Arnold & Porter, LLP
555 – 12th Street N.W.
Washington, D.C. 20004

Stephen E. Hart
Federal Housing Finance Agency
1700 G Street, N.W.
Washington, D.C. 20552

    *Counsel for Intervenor Federal Housing Finance Agency*