# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLINE HERRON,** | |
| **Plaintiff,** | |
| - versus - | **No.: 1:10-CV-00943-RMC** |
| **FANNIE MAE,** *et al.*, | |
| **Defendants.** | |

## JOINT STATUS REPORT BY PLAINTIFF AND TREASURY

Plaintiff Caroline Herron and the U.S. Department of Treasury ("Treasury"), by and through their respective counsel, submit this Status Report pursuant to the Court's minute order of April 11, 2014.

Treasury has filed its proposed Supplemental Stipulated Protective Order (ECF No. 119), with the consent of plaintiff and defendants, along with a Stipulation (ECF No. 120), pertaining to plaintiff's third-party subpoena to Treasury. Once this Court has endorsed the Supplemental Stipulated Protective Order, defendant Fannie Mae has represented that it will release the remaining Treasury documents to plaintiff, subject to the terms of the Order.

Respectfully submitted,

| | |
|---|---|
|    /s/Alan R. Kabat<br>Lynne Bernabei (D.C. Bar No. 938936)<br>David Wachtel (D.C. Bar No. 427890)<br>Alan R. Kabat (D.C. Bar No. 464258)<br>Bernabei & Wachtel, PLLC<br>1775 T Street, N.W.<br>Washington, D.C. 20009-7102<br>tel. (202) 745-1942<br>fax (202) 745-2627<br>Email: bernabei@berbnabeipllc.com<br>       wachtel@bernabeipllc.com<br>       kabat@bernabeipllc.com<br><br>*Counsel for Plaintiff Caroline Herron* | Ronald C. Machen Jr, DC Bar # 447889<br>United States Attorney for the District of<br>  Columbia<br><br>Daniel F. Van Horn, DC Bar # 924092<br>Chief, Civil Division<br><br>By:    /s/ John G. Interrante<br>John G. Interrante, PA Bar # 61373<br>Assistant United States Attorney,<br>555 4th Street, NW, Room E-4808<br>Washington, DC 20530<br>Tel: 202.252.2519, Fax: 202.252-2599<br>Email: John.Interrante@usdoj.gov<br><br>*Counsel for United States Department of the Treasury* |

2