IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLINE HERRON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-CV-00943-RMC |
| ) | |
| FANNIE MAE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT AND PROPOSED DISCOVERY SCHEDULE

Plaintiff Caroline Herron and Defendants Fannie Mae, *et al.*, by their respective counsel, and pursuant to this Court's Minute Order (Docket No. 127) hereby respectfully submit this Joint Status Report and Proposed Discovery Schedule.

The Parties have one, current discovery dispute concerning Defendants' desire to have Plaintiff submit to an Independent Medical Examination, and Plaintiff's objections thereto. The Parties briefly explained their respective positions in their last Status Reports to the Court (Docket Nos. 122 and 123). The Parties respectfully refer the Court to those filings regarding their dispute and ask that the Court schedule a conference to resolve the matter.

Regarding a proposed discovery schedule, the Parties have agreed on the following:

1. The parties shall have until Monday, January 26, 2015 to complete all further discovery, as well as depositions, including any further motions based upon such further discovery and depositions.

2. Plaintiff's designation of experts and submission of reports pursuant to Fed. R. Civ. P. 26(a)(2) shall be made by no later than Friday, November 21, 2014. Defendants' designation of experts and submission of reports pursuant to Fed. R. 26(a)(2) shall be made by

no later than Friday, December 12, 2014.  Plaintiff shall disclose and provide any rebuttal expert reports pursuant to Fed. R. Civ. P. 26(a)(D)(ii) no later than Tuesday, January 6, 2014.  If Plaintiff submits a rebuttal expert report pursuant to Fed. R. Civ. P. 26(a)(D)(ii), Defendants shall have the right to depose each such expert who has submitted a rebuttal report, provided that such deposition is limited to matters in that expert's rebuttal report and is completed no later than Tuesday, February 3, 2015.  Defendants' right to depose Plaintiff's expert(s) on the subject matter of their rebuttal reports, if any, is in addition to Defendants' right to depose such expert if s/he has submitted a report for Plaintiff pursuant to Fed. R. Civ. P. 26(a)(2) (*i.e.*, Defendants can depose a Plaintiff expert twice if s/he has submitted an opening report and a rebuttal report), but the second deposition shall be limited to the scope of the rebuttal report.

      3.      Dispositive motions shall be filed no later than Monday, March 2, 2015; oppositions thereto shall be filed no later than Wednesday, April 1, 2015; and replies shall be filed no later than Wednesday, April 15, 2015.  A motion for extension of time to file a brief, opposition, or reply will be denied except upon a showing of good cause.  The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

      4.      This Order incorporates by reference Paragraphs 1-3, 7-8, and 10 of the Scheduling Order (Docket No. 75) entered June 8, 2012.

Respectfully submitted,

*/s/ Lynne Bernabei*

_____
Lynne Bernabei (D.C. Bar # 938936)
Alan R. Kabat (D.C. Bar # 464258)
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7102
Tel.: (202) 745-1942
Fax: (202) 745-2627

*Counsel for Plaintiff*


*/s/ Ira T. Kasdan*

_____
Ira T. Kasdan (D.C. Bar # 292474)
Joseph D. Wilson (D.C. Bar # 466652)
Elizabeth Johnson (D.C. Bar # 987429)
Kelley Drye & Warren, LLP
3050 K Street N.W., Suite 400
Washington, D.C. 20007
Tel.: (202) 342-8864
Fax: (202) 342-8451

Damien Stewart, Esquire
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892
Tel.: (202) 752-6871
Fax: (202) 752-4948

*Counsel for Defendants*

DATED:  June 24, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 24th day of June, 2014, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will then send a notification of such filing (NEF), to the following counsel for the Plaintiff:

> Lynne Bernabei, Esq.
> Alan R. Kabat, Esq.
> BERNABEI & WACHTEL, PLLC
> 1775 T Street, N.W.
> Washington, DC 20009-7124
>
> *Counsel for Plaintiff*

>  s/ Ira T. Kasdan
> Ira T. Kasdan
> KELLEY DRYE & WARREN LLP
> 3050 K Street, N.W., Suite 400
> Washington, DC 20007
> (202) 342-8400 (phone)
> (202) 342-8451 (facsimile)
> Email: ikasdan@kelleydrye.com
>
> *Counsel for Defendants*